DAYLE ELIESON
United States Attorney
CHAD W. MCHENRY
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Chad.W.McHenry@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:18-mj-80-NJK |
| Plaintiff, | |
| v. | **Stipulation to Continue Preliminary Hearing (First Request)** |
| **Schyler Thomas,** *et al.* | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CHAD W. MCHENRY, Assistant United States Attorney, counsel for the United States of America, and CHRIS RASMUSSEN, ESQ., counsel for SCHYLER THOMAS, that the Preliminary Hearing, currently scheduled for March 8, 2018, be vacated and continued to a date and time convenient to this Court, but in any event no sooner than sixty (60) days.

//

1

This Stipulation is entered into for the following reasons:

1. The government is in the process of providing a substantial amount of discovery to the defense pre-indictment. The defense requires additional time to review and investigate said discovery once it has been provided.

2. Given the serious nature of the charges in this case, arising from an alleged shooting that occurred within the boundaries of the Lake Mead National Recreation Area, the defense requires additional time to discuss the state of the evidence with the defendant, and with the government.

3. The government requires additional time to review newly-discovered evidence obtained subsequent to the complaint being filed in this case, and to discuss that evidence with counsel for the defense.

4. The defendant is out of custody, and agrees with this continuance.

5. The parties agree to the continuance.

6. This is the first request for such a continuance.

7. The additional time requested is not sought for purposes of delay.

*- The rest of this page left intentionally blank. -*

The additional time requested by this Stipulation is excludable in computing time within which trial in the above-captioned must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Denial of this request for a continuance could result in a miscarriage of justice.

**DATED** this 28th day of February, 2018.

Respectfully submitted,

| By: | Agreed: |
|---|---|
| DAYLE ELIESON | |
| United States Attorney | |
| | |
| */s/ Chad McHenry* | */s/ Chris Rasmussen* |
| CHAD W. MCHENRY | CHRIS RASMUSSEN, ESQ. |
| Assistant United States Attorney | Counsel for Schyler Thomas |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:18-mj-80-NJK |
| Plaintiff, | |
| v. | **Findings of Fact, Conclusions of Law and Order re: Continuance of Preliminary Hearing** |
| **Schyler Thomas**, *et al.*, | |
| Defendants. | |

## FINDINGS OF FACT

Based on the stipulation, and good cause appearing, the Court finds that:

1. The government is in the process of providing a substantial amount of discovery to the defense pre-indictment. The defense requires additional time to review and investigate said discovery once it has been provided.

2. Given the serious nature of the charges in this case, arising from an alleged shooting that occurred within the boundaries of the Lake Mead National Recreation Area, the defense requires additional time to discuss the state of the evidence with the defendant, and with the government.

3. The government requires additional time to review newly-discovered evidence obtained subsequent to the complaint being filed in this case, and to discuss that evidence with counsel for the defense.

4. The defendant is out of custody, and agrees with this continuance.

5. The parties agree to the continuance.

6. This is the first request for such a continuance.

7. The additional time requested is not sought for purposes of delay.

## CONCLUSIONS OF LAW

The ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant the continuance would likely result in a miscarriage of justice, and would also deny the parties sufficient time and the opportunity to effectively and thoroughly prepare, taking into account the exercise of due diligence.

The additional time requested by this Stipulation is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), weighing the factors listed in 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

*- The rest of this page left intentionally blank. -*

**ORDER**

IT IS THEREFORE ORDERED that the Preliminary Hearing, currently scheduled for March 8, 2018, at the hour of 4:00 p.m., be vacated and continued to April 24, 2018, at 4:00 p.m., in Courtroom 3D.

DATED this <u>1st</u> day of <u>March</u>, 2018.

_____
Hon. Nancy J. Koppe
United States Magistrate Judge
District of Nevada