# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCHYLER THOMAS,

        Defendant.

2:18-MJ-00080-NJK

**ORDER**

Before the Court is the Motion to Modify Conditions of Release (ECF NO. 29).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Modify Conditions of Release (ECF NO. 29) must be filed on or before May 25, 2018.

No reply necessary.

DATED this 18th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE